AO 442 (Rev. 11/11) Arrest Warrant FID 11997098

JUL 31 2026 AM11:24 FILED USDC - FLMD - ORL

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED USMS ORLANDO
2026 JUL 30 AM8:59

SEALED

United States of America
v.
YONGBO LI

Defendant

Case No. 6:26-mj- 1890-06

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* YONGBO LI ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349

Date: 7/29/26

City and state: Orlando FL

Leslie Hoffman Price
*Issuing officer's signature*

Leslie Hoffman Price U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/29/26 , and the person was arrested on *(date)* 7/30/26
at *(city and state)* Orlando, FL .

Date: 7/30/26

[signature]
*Arresting officer's signature*

Charles Johnston Postal Inspector
*Printed name and title*