UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

vs. CASE NO: 6:26-mj-01890

Yongbo Li
_________________________________/

**DEFENDANT YONGBO LI'S**
**UNOPPOSED MOTION TO CONTINUE DETENTION HEARING**

The Defendant, Yongbo Li ("Mr. Li"), by and through his undersigned counsel, hereby moves this Honorable Court for a continuance of the Detention Hearing scheduled for August 4, 2026.. In support thereof, Mr. Li states as follows:

1. Pending indictment, Mr. Li is charged by complaint with Mail Fraud and is set for A Detention Hearing on August 4, 2026. A Preliminary Probable Cause Hearing is set for August 11, 2026.
2. Mr. Li's primary language is Mandarin with English as a second language, which has limited Counsel's ability to properly prepare the case and Mr. Li for the scheduled detention hearing.
3. Counsel has met with Mr. Li in the Orange County Jail and obtained his consent to the filing of this motion while reserving his right to move for his release at a later date.

**CERTIFICATION OF CONFERRING WITH OPPOSING COUNSEL**

The undersigned Counsel certifies that he has conferred with the Assistant U.S. Attorney, Patrick Flanagan, who has indicated he does not oppose this request for a continuance with the Defendant maintaining his right to request a future detention hearing.

**WHEREFORE**, based on the foregoing, the undersigned respectfully request that this Honorable Court grant this motion, enter an Order cancelling the Defendant's presently scheduled detention hearing and allow the Defendant to reserve his right to move for his release at future date.

**Respectfully submitted** this 3rd day of July 2026.

By ***Roger L. Weeden. Esquire***
Law Office of Roger L Weeden

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3rd, 2026, I electronically filed the foregoing Moiton for Continuance with the clerk of the court by using the CM/ECF System which will send a notice of electronic filing to the following: The US Attorney's Office.

***Roger L. Weeden.***

ROGER L. WEEDEN, ESQUIRE
231 East Colonial Drive
Orlando, Florida 32801
(407) 894-9004
Rlweeden@aol.com
Florida Bar No. 290106